AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Elliot Resnick<br>DOB: ▮▮▮▮▮▮<br>*Defendant* | ) Case: 1:23−mj−58<br>) Assigned To: Magistrate Judge Zia M. Faruqui<br>) Assign. Date: 3/14/2023<br>) Description: Complaint with Arrest Warrant<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3): | Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder |
| 18 U.S.C. § 111(a): | Assault of or Interference with Law Enforcement |
| 18 U.S.C. §§ 1752(a)(1): | Entering and Remaining on Restricted Grounds |
| 18 U.S.C. §§ 1752(a)(2): | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D): | Disorderly or Disruptive Conduct on Capitol Grounds or in any of the Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G): | Parading, Picketing, or Demonstrating in Any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Erica Dobin, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 14, 2023

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*