AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-58 |
|  | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date: 3/14/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| Elliot Resnick | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Elliot Resnick,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3): Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder
18 U.S.C. § 111(a): Assault of or Interference with Law Enforcement
18 U.S.C. §§ 1752(a)(1): Entering and Remaining on Restricted Grounds
18 U.S.C. §§ 1752(a)(2): Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D): Disorderly or Disruptive Conduct on Capitol Grounds or in any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G): Parading, Picketing, or Demonstrating in Any of the Capitol Buildings

Date: March 14, 2023                                    2023.03.14 12:10:50 -04'00'
                                                *Issuing officer's signature*

City and state:    Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/14/23, and the person was arrested on *(date)* 3/16/23
at *(city and state)* New York, NY

Date: 3/16/23

*Arresting officer's signature*

Special Agent Erica Dobin
*Printed name and title*