```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------x
```

| | | |
|---|---|---|
| **United States of America** | : | **NOTICE OF APPEARANCE** **AND REQUEST FOR** |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | | |
| | : | 23 MJ 58 (ZMF) |
| **Elliot Resnick** | : | |

```
-----------------------------------x
```

To:   Clerk of Court
      United States District Court
      For the District of Columibia

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

**/s/ Clay H. Kaminsky, Esq.**
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street
New York, N.Y. 10007
(212) 417-8749
Clay_Kaminsky@fd.org

TO:   Attorneys of Record