UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-MJ-58 (ZMF) |
| : | |
| : | |
| ELLIOT RESNICK, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT, UNOPPOSED MOTION TO
CONTINUE, AND UNOPPOSED MOTION TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, and defendant Elliot Resnick, through counsel, hereby submit a Joint Status Report, Unopposed Motion for a Continuance, and Unopposed Motion to Exclude Time Under the Speedy Trial Act and state as follows:

1. The defendant in this case is charged by a six-count Criminal Complaint with violations of 18 U.S.C. § 231(a)(3) (Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder); 18 U.S.C. § 111(a) (Assault of or Interference with Law Enforcement); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. The Government continues to gather both global discovery and case-specific discovery. The Government has provided access to global discovery and some case-specific discovery to defense counsel. The Government will continue to provide both case-specific discovery and global discovery as the case progresses. At present, there are no discovery disputes that require the intervention of the Court.

3. The Government and defense counsel believe that additional time, specifically ninety days, before the Magistrate Judge in this case would allow the parties to further engage in the provision of discovery and its review by defense counsel and his client, and it would also allow the parties to engage in good-faith pre-Indictment plea discussions.

4. Consistent with the attached proposed Order, the government requests, and the defendant through his counsel consents to

    a. the Court excluding all time between July 25, 2023, and a date ninety days from now, Monday, October 23, 2023—the proposed date of the Preliminary Hearing—from calculation under the Speedy Trial Act, and

    b. waive his right under 18 U.S.C. § 31651(b) to be charged by indictment or information within thirty days of his arrest.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | DAVID PATTON<br>Executive Director and Attorney-in-Chief<br>Federal Defenders of New York, Inc. (NYC) |
| By: _/s/_<br>SEAN P. MURPHY<br>Assistant United States Attorney<br>Detailee, Capitol Siege Section<br>D.C. Bar No. 1187821<br>Torre Chardon, Ste 1201<br>350 Carlos Chardon Ave<br>San Juan, PR 00918<br>787-766-5656<br>sean.murphy@usdoj.gov | _/s/_<br>CLAY HUBBARD KAMINSKY<br>Attorney for Elliot Resnick<br>NY Bar Reg. No. 4822227<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>212-417-8749<br>clay_kaminsky@fd.org |